RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 10 3 05
BY Dm

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CLARENCE SAMUELS | CIVIL ACTION NO. 02-2395-P |
| versus | JUDGE STAGG |
| FRANK HAMMOND | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that all claims against **Warden Kelly Ward** be dismissed for failure to prosecute.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 2nd day of October, 2005.

TOM STAGG
UNITED STATES DISTRICT JUDGE