RECEIVED
NOV 1 8 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **CLARENCE SAMUELS** | **DOCKET NO.: 02-2395, Sec. "P"** |
| **VERSUS** | **JUDGE STAGG** |
| **FRANK HAMMOND, WARDEN JOHN ROBINSON, WARDEN KELLY WARD & SECRETARY RICHARD L. STALDER** | **MAGISTRATE HORNSBY** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER GRANTING DEFENDANTS' MOTION FOR RECONSIDERATION

CONSIDERING THE FOREGOING Motion for Reconsideration filed by Defendants,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that said Motion for Reconsideration is GRANTED. Therefore,

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the undersigned recommends the granting of Defendants' Motion for Summary Judgment – Failure to Exhaust. The reasoning behind this recommendation will be explained in a forthcoming Report & Recommendation.

THUS DONE and SIGNED this ____ day of _____ 2005, at Shreveport, Louisiana.

                                                                  Magistrate Mark Hornsby
                                                                  United States District Court
                                                                  Western District of Louisiana

*Notice motion for full briefing.*

*MCH*
*11-18-05*