RECEIVED
NOV 1 8 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **CLARENCE SAMUELS** | **DOCKET NO.: 02-2395, Sec. "P"** |
| **VERSUS** | **JUDGE STAGG** |
| **FRANK HAMMOND, WARDEN JOHN ROBINSON, WARDEN KELLY WARD & SECRETARY RICHARD L. STALDER** | **MAGISTRATE HORNSBY** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL DOCUMENTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT – FAILURE TO EXHAUST

CONSIDERING THE FOREGOING Motion for Leave to File Supplemental Documents in Support of Defendants' Motion for Summary Judgment – Failure to Exhaust filed by Defendants,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that said Motion to for Leave is GRANTED. Therefore,

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Defendants shall have until _____, 20___, to file into the record of the above-captioned matter those documents more fully described in the Memorandum in Support of said Motion for Leave and discuss same.

THUS DONE and SIGNED this ____ day of _____ 2005, at Shreveport, Louisiana.

Magistrate Mark Hornsby
United States District Court
Western District of Louisiana

*Notice for briefing for MCH.*

*MJH*
*11-18-05*