UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

_____

| | |
|---|---|
| CLARENCE SAMUELS | CIVIL ACTION NO. 02-2395-P |
| versus | JUDGE STAGG |
| FRANK HAMMOND | MAGISTRATE JUDGE HORNSBY |

_____

## MEMORANDUM ORDER

On November 18, 2005, the undersigned instructed the clerk of court to notice for briefing Defendant's Motion For Reconsideration (Doc. 86) and Motion for Leave to File Supplemental Documents (Doc. 87). Docs. 89 and 91. However, on the same date, Judge Stagg issued his order (Doc. 88) setting forth the procedure that will be employed to resolve the pending motions. Accordingly, the Notices of Motion Settings (Docs. 90 and 92) issued at the direction of the undersigned are hereby withdrawn. Counsel are directed to comply with Judge Stagg's order (Doc. 88).

THUS DONE AND SIGNED at Shreveport, Louisiana, this 22nd day of November, 2005.

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE